**REDACTED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

FEB 28 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:24-CR- 7 |
| | ) | Violation: 18 U.S.C. § 2423(a) |
| ZACHARY DELOZIER | ) | |

**THE GRAND JURY CHARGES:**

From on or about December 25, 2023, through and including on or about January 1, 2024, in the Northern District of Indiana,

**ZACHARY DELOZIER,**

did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense, namely:  Rape which is a criminal offense under South Dakota Codified Law 22-22-1.

All in violation of 18 U.S.C. § 2423(a).

1

## FORFEITURE ALLEGATION

1.    The allegation contained in this Indictment is hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(a), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of an offense in violation of Title 18, United States Code, Section 2423(a) as alleged in the Indictment, the defendant, **Zachary Delozier**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428(a)(2), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable, directly or indirectly, to said violation; and shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428(a)(1), defendant's interest in any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation.

3.      Upon conviction of the offense set forth in the Indictment, the government will seek a money judgment in the amount of proceeds received for the defendant's participation in the alleged scheme.

5.      If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    /s/Lesley J. Miller Lowery
Lesley J. Miller Lowery
Assistant United States Attorney